# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

EDGAR LANCE BUFFINGTON, )
An individual; and RICHARD )
BUFFINGTON, an individual, )
                                                                                                            Plaintiffs,         )     Case No. 07-CV-579 GKF/SAJ )
vs. )
UNITED LEASE AND FINANCE, INC., )
A foreign corporation; ROLLING HILLS )
TRUCKING, INC., a foreign corporation; )
And THOMAS PRIESTLEY, an individual, )
                                        Defendants.

## OPINION & ORDER

Comes on for hearing the above-styled action and the court, having considered the arguments and authority presented in the filings and at hearing, finds as follows:

Motion of Rolling Hills Trucking, Inc. to Quash Subpoenas Issued by Plaintiffs [Dkt. #31] is granted pursuant to Fed.R.CIv.P. 45. Plaintiff agrees to withdraw subpoenas issued on May 13, 2008 without the necessity of an objection being filed.

Plaintiffs' Motion to Compel Rule 26(A) Disclosures from Defendant United Lease and Finance, Inc. [Dkt. #34] is overruled. However, the court finds Plaintiffs may serve discovery on Defendant United Lease and Finance, Inc., relating only to the issue of jurisdiction.

Motion to Stay Initial Disclosures [Dkt. #45], filed in response to Plaintiffs' Motion to Compel Rule 26(A) Disclosures from Defendant United Lease and Finance, Inc., is granted. Except for discovery relating to jurisdiction as set forth above, all other discovery is stayed

as to this Defendant until ruling by Judge Gregory K. Frizzell on pending motion to dismiss.

Plaintiffs' Motion to Compel [Dkt. #38] is overruled.

Second Motion of Rolling Hills Trucking, Inc. to Quash Subpoenas Issued by Plaintiffs [Dkt. #42] is granted pursuant to Fed.R.CIv.P. 45.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2008.

Sam A. Joyner
United States Magistrate Judge